IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERBAN CIOCA,<br><br>                Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>                Defendant. | CASE NO.  1:24-cv-01593-JLT-EPG<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY<br><br>(ECF No. 13). |

      The Defendants respectfully request to stay this case through August 29, 2025, and counsel for Plaintiffs does not oppose.  In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on Plaintiff Cioca's pending asylum application, which he filed in 2019.  USCIS has scheduled Plaintiff Cioca's asylum interview for May 1,2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff Cioca's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.

      The parties therefore stipulate that this matter be stayed August 29, 2025.  The parties further request that all other filing deadlines be similarly vacated.

1

Respectfully submitted,

Dated:  February 27, 2025                    MICHELE BECKWITH
                                             Acting United States Attorney

                                       By:   /s/ ELLIOT C. WONG
                                             ELLIOT C. WONG
                                             Assistant United States Attorney

Dated: February 27, 2025               By:   /s/ SHAWN S. SEDAGHAT
                                             SHAWN S.SEDAGHAT
                                             Counsel for Plaintiffs

**ORDER**

Based on the above stipulation, IT IS ORDERED as follows:

1. The parties' stipulation (ECF No. 13) is approved and this matter is stayed until August 29, 2025.
2. By no later than August 29, 2025, the parties shall file an appropriate dispositional document, or a joint status report stating how the parties intend to proceed in this case.
3. All other case dates and deadlines, including the initial scheduling conference set for April 3, 2025, are vacated. (ECF No. 6).

IT IS SO ORDERED.

Dated:   **February 28, 2025**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

3