1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10   SERBAN CIOCA,                                Case No.   1:24-cv-01593-JLT-EPG

11              Plaintiff,

12      v.                                        ORDER RE: NOTICE OF VOLUNTARY
                                                  DISMISSAL WITHOUT PREJUDICE
13   ALEJANDRO MAYORKAS, et al.,
                                                  (ECF No. 17)
14              Defendants.

15

16

17
         On June 30, 2025, Plaintiff filed a notice of voluntary dismissal without prejudice.  (ECF
18
     No. 17). No Defendant has yet served either an answer or motion for summary judgment.
19
         Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R.
20
     Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*,
21
     111 F.3d 688, 692 (9th Cir. 1997).
22
         The Clerk of Court is respectfully directed to terminate any pending dates and deadlines
23
     and to close the case.
     IT IS SO ORDERED.
24

25
         Dated:   **July 7, 2025**                    /s/ Erica P. Grosjean
26                                                 UNITED STATES MAGISTRATE JUDGE

27

28
                                                  1